APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANGELIQUE BALL-ANDREWS,
Individually and as Parent of JORDAN BALL, and JORDAN BALL
V.
PFIZER INC., a Delaware Corporation;
PFIZER INTERNATIONAL LLC, a New York Corporation, et al.

MDL 2342
12-MD-2342

Civil Action No: _____

DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate party, __all plaintiffs__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

September 7, 2012                              *Mark P. Robinson, Jr.* (signature)
Date                                            Signature

Counsel for: __Plaintiffs__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2)   states that there is no such corporation.

(b)   TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
   (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2)   promptly file a supplemental statement if any required information changes.